NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENNIS GUYTON,                        )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D17-4974
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed May 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark R.
Wolfe, Judge.

Dennis Guyton, pro se.


PER CURIAM.


        Affirmed.  See § 775.082(9)(a)(1)(q), Fla. Stat. (2011); James v. U.S., 550

U.S. 192 (2007); Lamb v. State, 32 So. 3d 117 (Fla. 2d DCA 2009); State v. Dehart, 913

So. 2d 616 (Fla. 2d DCA 2005); Thomas v. State, 778 So. 2d 429 (Fla. 5th DCA 2001).


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.